IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )           8:11CR91
                               )
     v.                        )
                               )
LLOYD THOMAS,                  )           ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 27). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Friday, August 12, 2011, at 11:15 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. This will give the parties time to finalize plea negotiations and will accommodate the schedule of the Court, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between July 15, 2011, and August 12, 2011, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court