IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR91 |
| | ) | |
| v. | ) | |
| | ) | |
| LLOYD THOMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to re-progress the instant case (Filing No. 30).  After hearing, the Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED:

      1) Defendant's motion to re-progress the instant case is granted.  Defendant shall have until August 29, 2011, to file pretrial motions.

      2) Any such motions are referred to Magistrate Judge F.A. Gossett III for hearing and determination.

      3) Trial of this matter will be scheduled after any such motions have been ruled on.

      DATED this 12th day of August, 2011.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court