IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR91 |
| | ) | |
| v. | ) | |
| | ) | |
| LLOYD THOMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion
to restrict (Filing No. 113).  The Court finds the motion should
be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  The
appeal of detention order and brief in support of appeal of
detention order shall be filed as restricted pending further
order of the Court.

DATED this 18th day of May, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court