IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LLOYD THOMAS,<br><br>                    Defendant. | 8:11CR91<br><br>ORDER |

On July 28, 2016, the defendant appeared with counsel on Petitions for Warrant or Summons for Offender Under Supervision (Filing No. 96 and Filing No. 120).  Defendant was present and represented by Michael J. Hansen, Assistant Federal Public Defender.  Plaintiff was represented by Nancy A. Svoboda, Assistant United States Attorney.   The defendant previously admitted to allegation number 3 contained within the Petition (Filing No. 96) and the United States moved to dismiss allegations 1, 2, 4, and 5.  The plaintiff moved to dismiss the Petition (Filing No. 120).  Defendant moved to continue the disposition hearing for six months.

IT IS ORDERED:

1. The United States' motion to dismiss the new Petition (Filing No. 120) is granted.

2.  The United States' motion to dismiss allegations1, 2, 4 and 5 of the petition (Filing No. 96) is granted.

3. Defendant's oral request to withdraw his Motion to Appoint New Counsel (Filing No. 130) is granted.

4.  Defendant's motion to continue the disposition hearing for six months so the defendant can enter treatment is granted.  Defendant shall be processed and released to the Open Door Mission.

5.  A further hearing on said petition is scheduled for:

**Thursday, December 15, 2016, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

6.  Defendant's appeal of detention order (Filing No. 114) is denied as moot.

DATED this 29th day of July, 2016.

BY THE COURT:

/s/ Lyle E. Strom
LYLE E. STROM, Senior Judge
United States District Court